Núm. 7929.—G. LLINÁS .& Co., S. EN C., aplda. *v.* SANCHO BONET, TES., aplte.—C. D. Ponce. ▆▆▆▆▆▆▆▆▆▆ Junio 20, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, a solicitud de la parte apelante la vista de este caso quedó señalada para el día 3 de julio próximo;

Por cuanto, la parte apelada por su abogado ha radicado una "moción de allanamiento" alegando estar conforme en que se decrete el traslado a virtud de la autoridad del caso 7830, *Dionisia Legarreta Ruiz* v. *Tesorero de Puerto Rico,* resuelto por este tribunal el día 2 del corriente (ante, pág. 22);

Por tanto, visto el allanamiento de la parte apelada y por la autoridad del caso antes citado, se revoca la resolución apelada que dictó la Corte de Distrito de Ponce en el presente caso con fecha 16 de noviembre, 1938, y en su lugar se dicta sentencia declarando con lugar la moción de traslado del demandado y ordenando, en consecuencia, que el caso de epígrafe sea trasladado de la Corte de Distrito del Distrito Judicial de Ponce a la Corte de Distrito del Distrito Judicial, Sección Civil, de San Juan, Puerto Rico.